**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| F5 NETWORKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> RADWARE, INC., <br><br> Defendant. | No. 2:16-cv-00480-RAJ <br><br> **STIPULATED MOTION AND ORDER TO TRANSFER** |
| RADWARE, INC. and RADWARE, LTD., <br><br> Counterclaim-Plaintiffs, <br><br> v. <br><br> F5 NETWORKS, INC., <br><br> Counterclaim-Defendant. | |

STIPULATED MOTION TO TRANSFER
No. 2:16-cv-00480-RAJ

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

Plaintiff F5 Networks, Inc., Defendant and Counterclaim-Plaintiff Radware, Inc., and Counterclaim-Plaintiff Radware Ltd., (together "Parties") jointly stipulate and request that the Court transfer this matter to the United States District Court for the Northern District of California. The Parties have met and conferred and agree that this stipulated motion is appropriate in response to a change in the precedent governing venue in patent cases, and hereby stipulate as follows:

WHEREAS, on May 22, 2017, the Supreme Court issued a decision in *TC Heartland v. Kraft Foods Group Brands LLC*, 581 U.S. ___ (2017),[1] holding that the patent venue statute only permits suits against a corporation in a State in which the corporation is incorporated or has a regular and established place of business;

WHEREAS, *TC Heartland* overturned a line of cases stemming from the Federal Circuit's decision in *VE Holding Corp. v. Johnson Gas Appliance Co.*, 917 F.2d 1574 (Fed. Cir. 1990) which had tied patent venue to the general venue statute in 28 U.S.C. §1391(c) and thus permitted patent suits to be brought wherever there was personal jurisdiction;

WHEREAS, Radware Inc. previously moved to dismiss this case for improper venue (s*ee* ECF 21);

WHEREAS, this now overturned line of cases was the basis for venue in the Western District of Washington in this case (*see* ECF 54 at 12-13);

WHEREAS, Radware, Inc. and Radware Ltd. represent that they are neither incorporated nor have offices or any regular and established place of business in Washington; and

WHEREAS, the Parties agree that venue is proper in the United States District Court for the Northern District of California;

---

[1] Opinion available at https://www.supremecourt.gov/opinions/16pdf/16-341_8n59.pdf.

STIPULATED MOTION TO TRANSFER - 1
No. 2:16-cv-00480-RAJ

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

IT IS HEREBY STIPULATED AND AGREED, that this case should be transferred to the United States District Court for the Northern District of California.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 25, 2017

| | |
|---|---|
| By: *s/ Ramsey Al-Salam*<br>Ramsey M. Al-Salam, WSBA No. 18822<br>RAlSalam@perkinscoie.com<br>Christina J. McCullough, WSBA No. 47147<br>CMcCullough@perkinscoie.com<br>Stevan R. Stark, WSBA No. 39639<br>SStark@perkinscoie.com<br>Antoine M. McNamara, WSBA No. 41701<br>AMcNamara@perkinscoie.com<br>Lane M. Polozola, WSBA No. 50138<br>LPolozola@perkinscoie.com<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>Phone: (206) 359-8000<br>Fax: (206) 359-9000<br><br>Nathaniel E. Durrance, WSBA No. 41627<br>nate@newmanlaw.com<br>**NEWMAN DU WORS LLP**<br>2101 Fourth Ave, Suite 1500<br>Seattle, WA 98121<br>Phone: (206) 274-2800<br>Fax: (206) 274-2801<br><br>*Attorneys for Plaintiff F5 Networks, Inc.* | By: s/ *David B. Edwards*<br>Kevin Baumgardner, WSBA No. 14263<br>David B. Edwards, WSBA No. 44680<br>**CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP**<br>1001 Fourth Avenue, Suite 3900<br>Seattle, Washington 98154-1051<br>Telephone: (206) 625-8600<br>Fax: (206) 625-0900<br>kbaumgardner@corrcronin.com<br>dedwards@corrcronin.com<br><br>Fabio E. Marino (*Admitted Pro Hac Vice*)<br>Nitin Gambhir (*Admitted Pro Hac Vice*)<br>**MCDERMOTT WILL & EMERY LLP**<br>275 Middlefield Road, Ste. 100<br>Menlo Park, CA 94025<br>Telephone: (650) 815-7400<br>Facsimile: (650) 815-7401<br>fmarino@mwe.com<br>ngambhir@mwe.com<br><br>*Attorneys for Defendant and Counterclaim-Plaintiffs Radware, Inc. and Radware, Ltd.* |

STIPULATED MOTION TO TRANSFER - 2
No. 2:16-cv-00480-RAJ

**CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900

# ORDER

Based on the foregoing, IT IS SO ORDERED that this matter be transferred to the United States District Court for the Northern District of California. The court DIRECTS the Clerk to transfer this case to the United States District Court for the Northern District of California.

DATED: May 30, 2017

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

STIPULATED MOTION TO TRANSFER - 3
No. 2:16-cv-00480-RAJ

**CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600
Fax (206) 625-0900