UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F5 NETWORKS, INC., Plaintiff, v. RADWARE, INC., Defendant. | Case No. 17-cv-03166-VC **SCHEDULING ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS** |

It appears from the discussion at today's telephonic case management conference that F5's motion to strike (Dkt. No. 86) is frivolous. Therefore, F5 and its counsel are ordered to show cause why they should not be sanctioned (under Rule 11, 28 U.S.C. section 1927, or the Court's inherent authority) for this filing. A response to the order to show cause must be filed no later than seven days from this order, and may not exceed 15 pages. A hearing will take place on the order to show cause and on the motion to strike on July 27, 2017 at 10 am.

As discussed at the telephonic case management conference, F5's motion to stay Radware's counterclaims pending IPR (Dkt. No. 101) is scheduled for October 12, 2017 at 10 am. At this hearing, the parties should also be prepared to discuss whether to stay the remainder of the case (or other parts of the case) pending IPR.

F5's motion to dismiss (Dkt. No. 61) and Radware's motion for judgment on the pleadings (Dkt. No. 72) are terminated without prejudice to renewal following the October 12, 2017 hearing.

**IT IS SO ORDERED.**

Dated: July 12, 2017

_____
VINCE CHHABRIA
United States District Judge