UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F5 NETWORKS, INC., <br>     Plaintiff, <br> v. <br> RADWARE, INC., <br>     Defendant. | Case No. 17-cv-03166-VC <br><br> **ORDER RE MOTION TO STAY** <br> Re: Dkt. No. 101 |
| RADWARE, INC. and RADWARE, LTD., <br>     Counterclaim-Plaintiffs, <br> v. <br> F5 NETWORKS, INC., <br>     Counterclaim-Defendant. | |

      For the reasons discussed at today's hearing, the motion to stay the litigation on Radware's counterclaims is granted pending completion of the proceedings at the PTAB. In addition, all substantive motion practice in the case – including for F5's claims against Radware – is stayed. While the PTAB proceedings are pending, however, the parties may proceed with discovery relating to F5's claims against Radware, and any motions relating to that discovery may be filed. Although there was discussion at the hearing of allowing discovery to proceed on the two claims Radware is asserting against F5 that are not part of the PTAB proceedings, the Court has determined that permitting this discovery in advance of the PTAB's decision would not be appropriate.

**IT IS SO ORDERED.**

Dated: November 8, 2017

_____
VINCE CHHABRIA
United States District Judge