1   Victoria Q. Smith, CBA No. 236045
2   VSmith@perkinscoie.com
    PERKINS COIE LLP
3   3150 Porter Drive
    Palo Alto, CA  94304-1212
4   Tel: 650.838.4300 / Fax: 650.838.4350

5   Ramsey M. Al-Salam, CBA No. 109506
    RAlSalam@perkinscoie.com
6   Christina J. McCullough, CBA No. 245944
    CMcCullough@perkinscoie.com
7   Stevan R. Stark (admitted pro hac vice)
    SStark@perkinscoie.com
8   Antoine M. McNamara, CBA No. 261980
    AMcNamara@perkinscoie.com
9   PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
10  Seattle, WA 98101
    Tel: 206.359.8000 / Fax: 206.359.9000
11
12
    Attorneys for Plaintiff and
13  Counterclaim-Defendant F5 Networks, Inc.

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17  F5 NETWORKS, INC.,

18              Plaintiff,              No. 3:17-cv-3166-VC

19        v.                            **F5 NETWORKS, INC.'S
                                        ADMINISTRATIVE MOTION TO FILE
    RADWARE, INC.,                      DOCUMENTS UNDER SEAL PURSUANT
20                                      TO CIVIL L.R. 79-5**
            Defendant.
21

22  RADWARE, INC. and RADWARE, LTD.

23              Counterclaim-Plaintiffs,

24        v.

25  F5 NETWORKS, INC.,

26              Counterclaim-Defendant.

27

28

1    Pursuant to Civil Local Rules 7-11 and 79-5, F5 Networks, Inc. ("F5") respectfully moves
2    for administrative relief to conditionally file under seal the following documents that contain
3    material designated by Radware, Inc. and Radware, Ltd. (collectively, "Radware") as HIGHLY
4    CONFIDENTIAL -- SOURCE CODE and/or HIGHLY CONFIDENTIAL - ATTORNEYS'
5    EYES ONLY under the stipulated protective order (Dkt. No. 34) ("Protective Order"):  Exhibits
6    13, 14, and 15 ("Exhibits") to the Declaration of Stevan R. Stark in Support of F5's Motion for
7    Clarification or, in the Alternative, for Leave to Amend Infringement Contentions ("Stark
8    Declaration").

9    F5 has reviewed Civil Local Rules 7-11 and 79-5 governing administrative motions to file
10   materials under seal.  This administrative motion complies with the local rules and is supported
11   by a declaration of Stevan R. Stark ("Administrative Declaration").

12   These Exhibits contain quotations from materials and descriptions of source code that
13   Radware has designated as either HIGHLY CONFIDENTIAL -- SOURCE CODE and/or
14   HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY under the Protective Order.

15   In accordance with Local Rule 79-5, F5 will lodge these Exhibits with the Court, and will
16   also serve these documents on Radware to provide it with an opportunity to support its claim of
17   confidentiality.

18   For these reasons, F5 therefore respectfully conditionally requests the Court seal the above
19   documents.

20
21
22
23
24
25
26
27
28

F5'S ADMINISTRATIVE MOTION TO SEAL
CASE NO. 3:17-cv-3166-VC

1

2
DATED:  October 29, 2018

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

By:   */s/ Stevan R. Stark*
    Ramsey M. Al-Salam, CBA No. 109506
    RAlSalam@perkinscoie.com
    Christina J. McCullough, CBA No. 245944
    CMcCullough@perkinscoie.com
    Stevan R. Stark *(admitted pro hac vice)*
    SStark@perkinscoie.com
    Antoine M. McNamara, CBA No. 261980
    AMcNamara@perkinscoie.com
    PERKINS COIE LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101
    Phone: 206.359.8000
    Fax: 206.359.9000

    Victoria Q. Smith, CBA No. 236045
    VSmith@perkinscoie.com
    PERKINS COIE LLP
    3150 Porter Drive
    Palo Alto, CA  94304-1212
    Phone: 650.838.4300
    Fax: 650.838.4350

    ***Attorneys for Plaintiff and***
    ***Counterclaim-Defendant F5 Networks, Inc.***

F5'S ADMINISTRATIVE MOTION TO SEAL
CASE NO. 3:17-cv-3166-VC

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on October 29, 2018, I caused copies of the foregoing document to be

3

served via ECF to the following counsel of record:

4

5

6

7

8

9

10

11

12

13

Fabio Marino
Barrington Dyer
Nitin Gambhir
Teri H.P. Nguyen
Luc Dahlin
POLSINELLI LLP
1661 Page Mill Road, Suite A
Palo Alto, CA 94304
Tel: 650-461-7700
Fax: 650-461-7701
Email: fmarino@polsinelli.com
Email: bdyer@polsinelli.com
Email: ngambhir@polsinelli.com
Email: thpnguyen@polsinelli.com
Email: ldahlin@polsinelli.com

14

*Attorneys for Defendant Radware, Inc. and*
*Counterclaim-Plaintiffs Radware, Inc. and*
*Radware, Ltd.*

15

16

*/s/ Stevan R. Stark*
Stevan R. Stark

17

18

19

20

21

22

23

24

25

26

27

28

F5'S ADMINISTRATIVE MOTION TO SEAL
CASE NO. 3:17-cv-3166-VC